# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TODD BAILEY,<br><br>                Plaintiff,<br>vs.<br><br>AMERICAN BIO MEDICA CORPORATION,<br><br>                Defendant. | File No.: 1:18-CV-01447<br>Judge Thomas J. McAvoy<br><br><br><br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

      The parties to the above-captioned action, through their undersigned respective authorized counsel, hereby stipulate and agree that no party hereto is an infant or incompetent and, having been resolved between the parties, all claims asserted in the above-entitled action may be, and hereby are, dismissed with prejudice and on the merits. Each party shall bear its own costs, disbursements, interest, attorneys' fees, and other related expenses incurred in connection with this matter.

      The parties further stipulate, agree, and jointly request that the Court enter an order of dismissal with prejudice in accordance with this stipulation.

*[Remainder of page intentionally left blank.]*

Dated:  October 23, 2019                                  WINTHROP & WEINSTINE, P.A.


                                                          By:  /s/ *Joseph M. Windler*_____
                                                          Joseph M. Windler, Esq. (MN #387758)
                                                          *Admitted Pro Hac Vice*
                                                          225 South Sixth Street, Suite 3500
                                                          Minneapolis, Minnesota 55402
                                                          (612) 604-6646
                                                          jwindler@winthrop.com

                                                          O'CONNELL & ARONOWITZ, P.C.
                                                          Jeffrey A. Siegel (103820)
                                                          54 State Street
                                                          Albany, New York 12207
                                                          (518) 462-5601
                                                          Local Counsel for Todd Bailey

                                                          ***Attorneys for Plaintiff***


Dated:  October 23, 2019                                  WILLIAM J. BETTER, P.C.


                                                          By:  /s/ *William J. Better*_____
                                                          William J. Better, Esq. (508431)
                                                          1 Albany Avenue
                                                          Kinderhook, NY 12106
                                                          Minneapolis, Minnesota 55402
                                                          (518) 758-1511
                                                          williamjbetter@williamjbetterpc.com

                                                          ***Attorney for Defendant***


18120491v1


IT IS SO ORDERED.
DATED:  October 24, 2019

*[signature: Thomas J. McAvoy]*
Thomas J. McAvoy
Senior, U.S. District Judge